IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIAN FINANCE, LLC, | : | Civil Action No.: 2:22-cv-415-CCW |
| | : | |
| | : | JURY TRIAL DEMANDED |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| JEFF LAGONI; DJ HAMMEL; SCOTT COOPER; ASHLEY COSTELLO; CHELSEA FITTERER; THOMAS HANFT; HEATHER JONES; MARYLEAH LANDWEHR; AND STOCKTON MORTGAGE | : | |
| | : | |
| Defendants. | | |

## MOTION FOR ADMISSION PRO HAC VICE
## OF ATTORNEY FRANCIS X. RILEY, ESQ.

AND NOW comes Defendant, Stockton Mortgage ("Stockton") and hereby moves that Attorney Francis X. Riley, III, be admitted to appear and practice in this Court in the above-referenced matter as counsel pro hac vice for Stockton Mortgage. Undersigned makes this Motion pursuant to Local Rules of Civil Procedure 83.2 and 83.3, along with this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this Motion, undersigned attaches the Affidavit for Admission Pro Hac Vice, which, it is averred, satisfies the foregoing Local Rules and Standing Order.

40335916.1

Dated:  November 10, 2022             Respectfully submitted,

<div style="margin-left: 3em;">

*Francis X. Riley, III*        
Francis X. Riley, III
Saul Ewing Arnstein & Lehr LLP
650 College Road East, Suite 4000
Princeton, NJ  08540-6603
Phone: (609) 452-3150
Fax: (609) 452-3122
Email: Francis.Riley@saul.com

*Counsel for Defendant*
*Stockton Mortgage*

</div>

40335916.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIAN FINANCE, LLC, | : | Civil Action No.: 2:22-cv-415-CCW |
| | : | |
| | : | JURY TRIAL DEMANDED |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| JEFF LAGONI; DJ HAMMEL; SCOTT COOPER; ASHLEY COSTELLO; CHELSEA FITTERER; THOMAS HANFT; HEATHER JONES; MARYLEAH LANDWEHR; AND STOCKTON MORTGAGE | : | |
| | : | |
| Defendants. | | |

## ORDER OF COURT

AND NOW this _____ day of _____,2022, upon consideration of Defendants' Motion for Admission Pro Hac Vice, it is hereby ORDERED that said Motion is GRANTED, and Attorney Francis X. Riley, III, is admitted pro hac vice to represent Defendant Stockton Mortgage in the above-captioned matter.

BY THE COURT:

_____J.

40335916.1