IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIAN FINANCE, LLC, | : | Civil Action No.: 2:22-cv-415-CCW |
| | : | |
| | : | JURY TRIAL DEMANDED |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| JEFF LAGONI; DJ HAMMEL; SCOTT COOPER; ASHLEY COSTELLO; CHELSEA FITTERER; THOMAS HANFT; HEATHER JONES; MARYLEAH LANDWEHR; AND STOCKTON MORTGAGE | : | |
| | : | |
| Defendants. | | |

**AFFIDAVIT OF ATTORNEY FRANCIS X. RILEY III, ESQ.
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Francis X. Riley III, Esq., make this Affidavit in support of the Motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant, Stockton Mortgage, pursuant to Local Rules of Civil Procedure 83.2 and 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Francis X. Riley III, being duly sworn, do hereby depose and say as follows:

1. I am a Partner in the law firm of Saul Ewing Arnstein & Lehr LLP.

2. My business address is 650 College Road East, Suite 4000, Princeton, NJ 08540-6603.

3. I am a member in good standing of the bar of the State of New Jersey, which is the primary jurisdiction within which I currently practice.

40336062.1

4. My bar identification number for the State of New Jersey is 033061994.

5. A current certificate of good standing from the State of New Jersey is attached hereto.

6. I am also admitted to practice before the following state and federal courts listed below.

> District of Columbia
> New York
> Supreme Court of Pennsylvania

7. I attest that I am a member of good standing of the courts listed above. There are no previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

8. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

9. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

10. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

40336062.1

Dated: November 10, 2022

Respectfully submitted,

*[signature]*

Francis X. Riley III, Esq.
650 College Road East, Suite 4000
Princeton, New Jersey 08540
(609) 452-3150
(609) 452-3122 (fax)
Francis.Riley@saul.com

STATE OF NEW JERSEY    :
                       : SS.
COUNTY OF MIDDLESEX :

    I certify that on November 10, 2022, Francis X. Riley III personally came before me and acknowledged under oath, to my satisfaction, that he: (a) is named in and personally signed this document; and (b) signed, sealed and delivered this document as his act and deed.

*[signature]*

Darma Loperena
Notary Public of the State of New Jersey
My Commission Expires On: 02/22/2027

Darma Loperena
Notary Public of NJ ID# 2356240
My Commission Expires: 02/22/2027

40336062.1

# Exhibit A

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Francis X Riley** (No. **033061994**) was constituted and appointed an Attorney at Law of New Jersey on **December 19, 1994** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 21st day of October, 2022.

*Heather J Baker*
Clerk of the Supreme Court

-453a-



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Francis Xavier Riley III, Esq.*

### DATE OF ADMISSION

*January 4, 1995*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 19, 2022

*Phoenicia D. W. Wallace*

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

---

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Francis X. Riley, III

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 1, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of New York on October 17, 2022.*

*Clerk of the Court*

CertID-00087766



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Francis Riley

was duly qualified and admitted on February 3, 2014 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 17, 2022.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*