# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIAN FINANCE, LLC, | : | Civil Action No.: 2:22-cv-415-CCW |
| | : | |
| | : | JURY TRIAL DEMANDED |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| JEFF LAGONI; DJ HAMMEL; SCOTT COOPER; ASHLEY COSTELLO; CHELSEA FITTERER; THOMAS HANFT; HEATHER JONES; MARYLEAH LANDWEHR; AND STOCKTON MORTGAGE | : : : : : : | |
| Defendants. | | |

## **ORDER OF COURT**

AND NOW this _____ day of _____,2022, upon consideration of Defendants' Motion for Admission Pro Hac Vice, it is hereby ORDERED that said Motion is GRANTED, and Attorney Francis X. Riley, III, is admitted pro hac vice to represent Defendant Stockton Mortgage in the above-captioned matter.

BY THE COURT:

_____J.

40335916.1